

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

DEBRA MARCH
phone: (212) 356-2410
fax: (212) 356-3508
dmarch@law.nyc.gov

April 19, 2019

**BY ECF**
Honorable Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  <u>Singh v. Pettit, et al.</u>,
          18-CV-7091 (CBA) (CLP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York and the attorney assigned to represent Detective Pettit and Detective Smith in the above-reference matter. I write in accordance with the Court's April 10, 2019 Order to inform the Court that, in light of the discussions at the conference, defendants do not intend to proceed with our contemplated motion to dismiss. As such, defendants respectfully request fourteen days from the date of this letter, May 3, 2019, to file an answer. Plaintiff's counsel Neil Torczyner's position is "that based on Magistrate Judge Pollak's discovery schedule [he] can consent to an extension to 4/28."

      Thank you for your time and consideration herein.

                                              Respectfully submitted,

                                              /s/

                                            Debra March
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

cc:    **ECF**
       Neil Torczyner
       *Attorney for plaintiff*