

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

DEBRA MARCH
phone: (212) 356-2410
fax: (212) 356-3508
dmarch@law.nyc.gov

July 29, 2019

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  Singh v. Pettit, et al.,
          18-CV-7091 (CBA) (CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York and assigned to the above-referenced matter. I am writing in accordance with the Court's July 19, 2019 Order for defendant to submit a letter as to whether the cell phone inspection issue has been resolved. Defendants believe we have come to an agreement with plaintiff in principle on the cell phone inspection. The parties are in the process of working out a written agreement. Defendants do not anticipate that we will have to write to the Court. However, if the terms of the agreement are not resolved, defendants intend to write to the Court at that time.

    Thank you for your consideration herein.

                                            Respectfully submitted,

                                            /s/
                                          Debra March
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

cc:    **ECF**
       Neil Torczyner
       *Attorney for plaintiff*