

**NEIL TORCZYNER**
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

January 2, 2020

United States Magistrate Judge Cheryl L. Pollak
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
VIA: ECF

    RE: Jason Singh v. Detective Brian Pettit, et al.
    Docket No. 18-CV-7091(CBA)(CLP)

Dear Judge Pollak:

The undersigned represents Plaintiff Jason Singh in the above captioned action. Defendants are represented by Corey Shoock of the Corporation Counsel's office. The instant letter is being jointly submitted as a status report pursuant to the Court's order of December 2, 2019 which directed the parties to submit a joint status report by January 2, 2020.

Please be advised that the parties have responded to documentary discovery, including interrogatory responses and the supplemental document responses required by the Court in its October 30, 2019 Order. However, the parties are still in the process of working out issues related to the electronic data from the Plaintiff's cell phone.

The parties have also begun the process of scheduling depositions for the named parties and at least one non-party officer in the New York City Police Department and anticipate completing currently known depositions by mid-February. The parties may require additional non-party depositions which will be scheduled thereafter.

The parties thank the Court for its time and consideration in this matter and look forward to meeting with the Court at a future conference to be scheduled at the Court's convenience.

    Sincerely,
    HARFENIST KRAUT & PERLSTEIN, LLP
    By: *Neil Torczyner*
        Neil Torczyner

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808